IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
Plaintiff

v. : CRIMINAL NO. 1:CR-10-094

SHAWN CHAMBERS-GALIS,
Defendant

FILED
HARRISBURG, PA

SEP 10 2010

## V E R D I C T S

Count I        Wire Fraud        (August 2005 - July 2008)

                       Guilty        ✓

                       Not Guilty    _____

### Unlawful Monetary Transactions

Count II       (Issuance of $5,000.00 check [10/31/06]
               payable to L. B. Smith Jaguar)

                       Guilty        _____

                       Not Guilty    ✓

Count III      (Deposit of $4,000.00 check [3/17/07] payable to
               Ms. Galis, at ACCO Federal Credit Union)

                       Guilty        _____

                       Not Guilty    ✓

Count IV    (Deposit of $5,000.00 check [5/26/07] payable to
            Z. Kinsley, at Community Federal Credit Union)

            Guilty      _____

            Not Guilty   ✓_____

Count V     (Deposit of $2,708.00 check [10/22/07] payable to
            Kagen MacDonald & France, at Farmer's First Bank)

            Guilty      _____

            Not Guilty   ✓_____

                                                _____
                                                Foreperson

Date: September 10th, 2010